UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAKINI DEANDRE BYRD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R.T.C. GROUND,<br><br>　　　　Respondent. | Case No.: 1:13-CV-00583 LJO GSA HC<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND TERMINATE CASE |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On April 19, 2013, Petitioner filed a federal petition for writ of habeas corpus in this Court. The petition was assigned case number "1:13-CV-00569 GSA HC," and is currently in the briefing stage. The petition challenges Petitioner's 2011 convictions in the Fresno County Superior Court for murder.

　　　　On April 22, 2013, Petitioner filed a second federal petition for writ of habeas corpus in this Court. This petition was assigned case number "1:13-CV-00583 GSA HC." This petition is identical to the previously filed petition.

　　　　"After weighing the equities of the case, the district court may exercise its discretion to dismiss a duplicative later-filed action, to stay that action pending resolution of the previously filed action, to

enjoin the parties from proceeding with it, or to consolidate both actions." Adams v. California Dept. of Health Services, 487 F.3d 684, 688 (9th Cir. 2007).  "Plaintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.'" Id. (quoting Walton v. Eaton Corp., 563 F.2d 66, 70 (3d Cir. 1977)).

Because the instant petition is identical to the petition currently pending in case number "1:13-CV-00569 LJO GSA HC," the instant petition must be dismissed as duplicative.

## ORDER

Accordingly, IT IS HEREBY ORDERED:

1) The petition for writ of habeas corpus is DISMISSED as duplicative; and

2) The Clerk of Court is DIRECTED to enter judgment and terminate the case.

IT IS SO ORDERED.

Dated:   **July 15, 2013**              /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE